UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Trex Company, LLC,

Plaintiff,

v.

Canton Lumber Company and
Diversified Business Credit,

Defendants.

Civil No. 01-889 (RHK/JMM)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
AND ORDER

---

**WHEREAS**, Plaintiff Trex Company, LLC, (the "Plaintiff") has asserted claims against Defendant Diversified Business Credit, Inc. (the "Defendant") in the above-captioned action; and

**WHEREAS**, the Plaintiff seeks to voluntarily dismiss this action against the Defendant without prejudice pursuant to Fed. R. Civ. P. 41(a); and

**WHEREAS**, the United States District Court for the Western District of Virginia has held Defendant Canton Lumber Company to be in default and has retained jurisdiction over this matter as it relates solely to Canton Lumber Company. Thus, this Stipulation of Dismissal without Prejudice ("Stipulation") applies to and is entered into solely between the Plaintiff and the Defendant. The Plaintiff reserves all claims and rights against Canton Lumber Company, and this Stipulation in no way abrogates or waives any rights or claims the Plaintiff has or may have against Canton Lumber Company.

**IT IS HEREBY AGREED** by the Plaintiff and the Defendant through their respective counsel, that all claims asserted by the Plaintiff against Defendant Diversified Business Credit, Inc, shall be dismissed without prejudice and without costs or disbursements to either party. This Stipulation in no way dismisses any claims or rights that Plaintiff has or may have against

#43441

AUG 14 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT AUG 14 2001
DEPUTY CLERK

Canton Lumber Company in the United States District Court for the Western District of Virginia action.

Dated: August 1, 2001

**BLACKWELL IGBANUGO ENGEN & SAFFOLD, P.A.**

By: J. Sebastian Stewart

Nauni J. Manty (#230353)
J. Sebastian Stewart (#272383)

3601 West 76th Street
Suite 250
Minneapolis, MN 55435-5242
Telephone: 952.646.0400
Fax: 952.646.0450

and

**LAWSON and SILEK**
Thomas M. Lawson
Ann K. Crenshaw
160 Exeter Drive
P.O. Box 2740
Winchester, VA 22604

**ATTORNEYS FOR PLAINTIFF TREX COMPANY, LLC**

Dated: August 8, 2001

**MASLON, EDELMAN, BORMAN & BRAND, LLC**

By: Amy Swedberg

Clark T. Whitmore (#181699)
Amy J. Swedberg (#271019)

3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: 612.672.8200
Fax: 612.672.8397

**ATTORNEYS FOR DEFENDANT DIVERSIFIED BUSINESS CREDIT, INC.**

**ORDER FOR JUDGMENT**

Pursuant to the foregoing Stipulation for Dismissal, **IT IS ORDERED:**

That Judgment be entered dismissing all claims herein raised by Plaintiff Trex Company, LLC against Defendant Diversified Business Credit, Inc. in its sole capacity as a party, including all counterclaims, without prejudice and without costs or disbursements to either the Plaintiff or Defendant Diversified Business Credit, Inc.

Dated: 8/14/01

BY THE COURT:

Judge of District Court

**JUDGMENT OF DISMISSAL**

Pursuant to the foregoing Order, judgment of dismissal is hereby entered accordingly.

Dated: ____________________

CLERK OF COURT

Deputy Court Administrator

#43441

**Please forward this announcement to the recipient of this fax.**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500